IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01532-AP

NICHOLAS E. DURAN,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Ann J. Atkinson, Esq.
        Attorney for Plaintiff
        7960 South Ireland Way
        Aurora, CO 80016
        303-680-1881

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: <u>August 4, 2006.</u>
    B.    Date Complaint Was Served on U.S. Attorney's Office: <u>August 10, 2006.</u>
    C.    Date Answer and Administrative Record Were Filed: <u>October 10, 2006.</u>

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.</u>
<u>Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.</u>

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Plaintiff does not intend to submit additional evidence.</u>
<u>Defendant does not intend to submit additional evidence.</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.</u>
<u>Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.</u>

**7. OTHER MATTERS**

<u>Plaintiff has no other matters to bring to the attention of the court.</u>
<u>Defendant has no other matters to bring to the attention of the court.</u>

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    <u>NOVEMBER 30, 2006.</u>
    B.    Defendant's Response Brief Due:    <u>JANUARY 2, 2007.</u>
    C.    Plaintiff's Reply Brief (If Any) Due: <u>JANUARY 17, 2007.</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
**Plaintiff does not request oral argument.**

    **B.  Defendant's Statement:**
**Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.*

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this **31st day of October, 2006.**

                                          BY THE COURT:

                                        S/John L. Kane
                                       U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Ann J. Atkinson        Date: 10/30/06**
7960 South Ireland Way
Aurora, CO 80016
303-680-1881
atkinsonAJ@aol.com

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 10/30/06**
By:    Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachumt@ssa.gov
laura.ridgell-boltz@ssa.gov