IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01532-MSK

NICHOLAS E. DURAN,

       Plaintiff,

v.

LINDA S. McMAHON, Commissioner of Social Security,

       Defendant.

## ORDER RESETTING ORAL ARGUMENT

       IT IS ORDERED that the oral argument set for September 28, 2007, at 8:30 a.m. is VACATED and RESET to **September 20, 2007**, at **3:30 p.m.**

       Dated this 4th day of September, 2007.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge