IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01532-MSK

NICHOLAS E. DURAN,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
      Commissioner, Social Security Administration,

      Defendant.

## ORDER APPROVING STIPULATION TO AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Court, having reviewed the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d) **(#29)** dated October 17, 2007, and being fully advised,

**HEREBY ORDERS** that the stipulation for attorney fees under the EAJA is **APPROVED**, and Defendant is ordered to pay the amount of $4,500.00 to Plaintiff's attorney, as assignee for Plaintiff, for attorney fees under the EAJA.

**IT IS FURTHER ORDERED** that in view of the approved stipulation, the Motion for Attorney Fees **(#28)** is **DENIED AS MOOT**.

DATED this 19th day of October, 2007.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge